## Joe CHURCHWELL v. STATE.
### No. 15199.

Court of Criminal Appeals of Texas.
March 9, 1932.

A. C. Chrisman and Gean B. Turner, both of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for burglary; punishment, three years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

## F. C. COOK v. STATE.
### No. 15169.

Court of Criminal Appeals of Texas.
March 30, 1932.

F. C. Crumley, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

Assault with intent to murder is the offense; penalty assessed at confinement in the penitentiary for ten years.

The indictment appears regular and regularly presented. No reversible errors in the procedure have been perceived or pointed out. The facts heard upon the trial are not brought forward for review.

The penalty assessed by the jury is confinement in the penitentiary for a period of ten years. As written, the judgment orders the appellant to confinement in the penitentiary for a period of ten years. The sentence orders his confinement in the penitentiary for not less than two nor more than fifteen years. In both instances the entry is incorrect. The judgment and sentence will be reformed to accord with the statute entitling one convicted of a felony of the benefit of the Indeterminate Sentence Law (Vernon's Ann. C. C. P. art. 775), under which the judgment and sentence should order the appellant to be confined in the State Penitentiary for a period of not less than two nor more than ten years.

As reformed, the judgment is affirmed.

## Grady FORD v. STATE.
### No. 15238.

Court of Criminal Appeals of Texas.
March 9, 1932.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for murder; punishment, five years in the penitentiary.

Appellant has filed his affidavit asking that his appeal be dismissed. The request is granted. The appeal is dismissed.

## Grady FORD v. STATE.
### No. 15237.

Court of Criminal Appeals of Texas.
March 9, 1932.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for driving an automobile upon a public street while intoxicated; punishment, two years in the penitentiary.

Appellant has filed his affidavit asking that his appeal be dismissed. The request is granted. The appeal is dismissed.

## Jim GARNER v. STATE.
### No. 15017.

Court of Criminal Appeals of Texas.
March 9, 1932.

Adams & McAlister, of Nacogdoches, for appellant.